IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER M. SANDERS,

                Plaintiff,                              ORDER

    v.

                                                      11-cv-202-slc

DR. SEARS,

                Defendant.

---

Plaintiff Christopher Sanders is proceeding to trial in this case on his claim that defendant Dr. Sears violated his rights under the Eighth Amendment by exhibiting deliberate indifference to his serious medical needs. On June 19, 2012, Sanders renewed his request for appointment of counsel, asserting that he is disabled due to a brain injury and needs an attorney to assist him at trial, which is currently scheduled for August 13, 2012. Dkt. 79. He writes that up until this point, family and friends have been assisting him with his case but that he will need a licensed attorney to present evidence and question witnesses in court.

In order to rule on this matter, I will need third-party confirmation on the nature and effect of Sanders's disability. Sanders may submit written correspondence from his doctor or findings from the Social Security Administration that briefly answer the following questions:

- What injury does Sanders suffer from?

- How long has Sanders been disabled?

- How does the disability affect Sanders's cognitive ability (his thinking) or his ability to present an argument and ask questions in a public environment?

Sanders has until July 6, 2012 to provide this information to the court.

Entered this 21st day of June, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge