IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER M. SANDERS,

    Plaintiff,            ORDER

v.                      11-cv-202-slc

DR. SEARS,

    Defendant.

---

  Plaintiff Christopher Sanders is proceeding to trial in this case on his claim that defendant Dr. Sears violated his rights under the Eighth Amendment by exhibiting deliberate indifference to his serious medical needs. In a July 31, 2012 order, I granted plaintiff's motion to appoint counsel and stayed proceedings while the court attempted to locate an attorney willing to take the case. Now Reed Cornia, a member of the Wisconsin Bar, has agreed to represent plaintiff, with the understanding that he will serve with no guarantee of compensation for his services. It is this court's intention that the appointment of this attorney to represent plaintiff extends to proceedings in this court only.

  Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit him to exercise his professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by her lawyer even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with this lawyer. The court will schedule a status conference to reset the schedule in this lawsuit.

ORDER

IT IS ORDERED that Reed Cornia is appointed to represent plaintiff in this case. Proceedings in this case remain STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 24th day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge