IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER M. SANDERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-202-slc

JEFF PUGH and DR. SEARS,

    Defendants.

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants and this case is dismissed with prejudice.

| /s/ | 5/24/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |